230 S.E.2d 765 (1976)
290 N.C. 550
BLANKENSHIP CONSTRUCTION COMPANY et al.
v.
NORTH CAROLINA STATE HIGHWAY COMMISSION.
Supreme Court of North Carolina.
June 1, 1976.
Kennedy, Covington, Lobdell & Hickman, Greene, Buckley, DeRieux & Jones, for plaintiffs.
Rufus L. Edmisten, Atty. Gen., Eugene A. Smith, Special Deputy Atty. Gen., Robert W. Kaylor, Associate Atty., for State.
Petition by plaintiffs for discretionary review under GS 7A-31, 28 N.C.App. 593, 222 S.E.2d 452. Denied.